UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TALISA MOORE,

    Plaintiff,                               Case No. 14-cv-11324
                                            Hon. Matthew F. Leitman

v.

LENDERLIVE NETWORK, INC.,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF #24), GRANTING DEFENDANT'S MOTION TO DISMISS (ECF #11), AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF #18)**

On January 13, 2015, Magistrate Judge Mona Majzoub issued a Report and Recommendation recommending that the Court grant Defendant Lenderlive Network, Inc.'s Motion to Dismiss (ECF #11) and deny Plaintiff Talisa Moore's Motion for Leave to File First Amended Complaint (ECF #18). (*See* the "R&R," ECF #24.) The R&R stated that the parties could object to and seek review of the recommendation within fourteen days. (*See id.* at 11-12, Pg. ID 323-324.)

Neither party has objected to the R&R. Failure to file objections to the R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the

1

Magistrate Judge's R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's January 13, 2015, Report and Recommendation (ECF #24) is **ADOPTED** as the Opinion of this Court. **IT IS FURTHER ORDERED**, for the reasons stated in the R&R, that Defendant's Motion to Dismiss (ECF #11) is **GRANTED**, and that Plaintiff's Motion for Leave to Amend First Amended Complaint (ECF #18) is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 4, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 4, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113